CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 29 2008

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DAVID JAMES BARROW, | )  |
|     Plaintiff, | )  Civil Action No. 7:08-CV-00525 |
| | ) |
| v. | )  **FINAL ORDER** |
| | ) |
| TRACY RAY, et al., | )  By: Samuel G. Wilson |
|     Defendants. | )  United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 29th day of September, 2008.

_____
United States District Judge